1  GREGORY A. BROWER
   United States Attorney
2  District of Nevada
   333 Las Vegas Blvd., South, Suite 5000
3  Las Vegas, Nevada 89101

4  VIRGINIA CRONAN LOWE
   Trial Attorney, Tax Division
5  U.S. Department of Justice
   P.O. Box 683
6  Ben Franklin Station
   Washington, D.C. 20044
7  Telephone: (202) 307-6484

8              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEVADA
9
   GLEN A. BLAIR,                              )
10                                             )
              Plaintiff,                       )
11                                             ) Civil No. CV-S-08-01119-JCM (LRL)
       v.                                      )
12                                             )
   UNITED STATES OF AMERICA, INTERNAL          )
13 REVENUE SERVICE, JOHN F. DEAN,              ) **NAMED FEDERAL DEFENDANTS'**
   Special Trial Judge, Tax Court, DONALD L.   ) **MOTION TO DISMISS**
14 KORB, Chief Counsel, IRS, WESLEY J. WONG,   )
   Attorney, IRS, MARLENE M. OKAUIMA,          )
15 Appeals Team Manager, IRS                   )
                                               )
16            Defendants.                      )
                                               )

17     The named federal defendants, the United States of America, Internal Revenue Service, John F. Dean,
18 Special Trial Judge, Tax Court, Donald L. Korb, Chief Counsel, IRS, Wesley J. Wong, Attorney, IRS, and
19 Marlene M. Okauima, Appeals Team Manager, IRS, through counsel, hereby move the Court to dismiss this
20 action pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(5) because plaintiff has failed to properly serve the federal
21 defendants, there has been no waiver of sovereign immunity, the Court lacks jurisdiction over this matter,
22 and defendant John F. Dean, Special Trial Judge, Tax Court is entitled to absolute judicial immunity.
23     / / /
24     / / /
25     / / /
26     / / /
27
28                                              - 1 -                                              4113291.1

1  A memorandum in support of this motion is filed herewith.

2  Dated this 1st day of April, 2009.

DANIEL BOGDEN
United States Attorney


/s/ Virginia Cronan Lowe
VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing NAMED FEDERAL DEFENDANTS' MOTION TO DISMISS has been made this 1st day of April, 2009, by depositing a copy thereof in the United States Mail in a postage prepaid envelope addressed to:

> Glen A. Blair
> 3349 Wayne St.
> Las Vegas, Nevada 89121

/s/ Virginia Cronan Lowe
VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice